132 P.3d 391

# SUPREME COURT OF HAWAI'I

**April 17, 2006**

| | | |
|---|---|---|
| 26706 | Aames Capital Corp. v. Hernando | Affirmed |
| 25488 | State v. Mance | Affirmed |
| 27290 | State v. Yalon | Affirmed |

**April 28, 2006**

| | | |
|---|---|---|
| 26646 | Mililani Town Ass'n v. Crabbe; Crabbe v. Green | Vacated and Remanded |
| 25432 | State v. Hernandez | Affirmed |